ALAN E. GOGGINS v. KLEOMENIS BALATSIAS, D/B/A COPAL GRILL, COPAL GRILL, INC., D/B/A COPAL RESTAURANT, AND JOE MOODY, D/B/A PIEDMONT FIRE PROTECTION COMPANY

No. 463PA99

(Filed 3 March 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an unpublished, unanimous decision of the Court of Appeals, 134 N.C. App. 732, —— S.E.2d —— (1999), affirming an order of summary judgment entered 9 June 1998 by Johnston, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 14 February 2000.

*Price, Smith, Hargett, Petho & Anderson, by Wm. Benjamin Smith, for plaintiff-appellant.*

*Crews & Klein, P.C., by James N. Freeman, Jr., for defendant-appellees Kleomenis Balatsias and Copal Grill, Inc.*

*Patterson, Harkavy & Lawrence, L.L.P., by Burton Craige, on behalf of North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice FREEMAN did not participate in the consideration or decision of this case.